**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ISAIAS BAUTISTA CASTRO,

Petitioner

v.

DHS, et al.,

Respondents

Case No.: 2:26-cv-02293-APG-DJA

**Order Granting Unopposed Motion to Set Briefing Schedule**

[ECF No. 17]

I ORDER that petitioner's unopposed motion to set briefing schedule (ECF No. 17) is GRANTED. However, the proposed dates have already passed. I therefore set the following schedule: respondents' response is due October 8, 2026. Petitioner's reply is due October 15, 2026.

DATED this 1st day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE