**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ISAIAS BAUTISTA CASTRO,<br><br>Petitioner<br><br>v.<br><br>DHS, et al.,<br><br>Respondents | Case No.: 2:26-cv-02293-APG-DJA<br><br>**Order Granting Unopposed Petition for Writ of Habeas Corpus**<br><br>[ECF No. 12] |

Petitioner Isaias Bautista Castro filed an amended petition for writ of habeas corpus on September 5, 2026. After the case was reassigned to me, I ordered the respondents to file a response by October 8, 2026. ECF No. 18. No response was filed. The petition is unopposed and supported by good cause, so I grant it and order his release.

I THEREFORE ORDER respondent John Mattos to release petitioner Isaias Bautista Castro from the custody of CoreCivic **today, Friday, October 9, 2026 no later than 1:00 p.m**. The respondents must transport Castro to 501 Las Vegas Blvd. South, Las Vegas, Nevada this same day. The respondents must advise Castro's counsel of the estimated time of release for coordination purposes at least one hour before he is released.

I FURTHER ORDER the respondents to return all of Castro's personal property to him upon his release.

I FURTHER ORDER that the respondents may not re-detain Castro during the pendency of his current removal proceedings without a pre-deprivation, individualized hearing to determine whether detention is appropriate, pursuant to 8 C.F.R. § 236.1(d)(1).

/ / / /

/ / / /

I FURTHER ORDER the clerk of court to close this case.

DATED this 9th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE